PER CURIAM.
Appellant, Maria Teresa Fernandez-Ulloa, appeals a final summary judgment in favor of appellee, Daniel Bacardi Rosell, on appellee’s action against appellant on a loan guaranty agreement. We affirm the final summary judgment based upon the authority of All Florida Surety Company v. Coker, 88 So.2d 508 (Fla.1956), Sanchis v. Rosell, 569 So.2d 833 (Fla. 3d DCA 1990), Equilease Corporation v. Williams Steel Industries, Inc., 452 So.2d 40 (Fla. 5th DCA), review denied, 459 So.2d 1042 (Fla.1984), and Boymer v. Birmelin, 221 So.2d 358 (Fla. 3d DCA 1969), cert. denied, 237 So.2d 537 (Fla.), cert. denied, 239 So.2d 102 (Fla.), cert. denied, 400 U.S. 926, 91 S.Ct. 187, 27 L.Ed.2d 185 (1970).
Affirmed.